1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   MONICA E. TAIT (Cal. Bar No. 157311)
4  ASHWIN JANAKIRAM (Cal. Bar No. 277513)
   Assistant United States Attorneys
5  Major Frauds Section
        1100 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2931/2875
        Facsimile: (213) 894-6269
8       E-mail:    Monica.Tait@usdoj.gov
                   Ashwin.Janakiram@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT

12                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  UNITED STATES OF AMERICA, | No. CR 18-00865-JFW |
| 14        Plaintiff, | <u>ORDER FOR DETENTION OF DEFENDANT PENDING SENTENCING PURSUANT TO 18 U.S.C. § 3143(a)(1)</u> |
| 15        v. | |
| 16  KENNETH PAUL FERREYRO, | |
|       aka "Kenneth P. Ferreyro," | |
| 17    aka "Kenneth P Ferreyro Esq. PhD," | |
| 18    aka "Dr. Kenneth P. Ferreyro Esq., LLM," | |
| 19    aka "Kenneth P. Ferreyro, CPA, Esq.," | |
| 20    aka "K Ferreyro," | |
| 21        Defendant. | |

22
       The Court finds that: (i) following a jury trial defendant
23
KENNETH PAUL FERREYRO ("defendant") has been found guilty of eight
24
offenses that potentially carry a term of imprisonment;
25
(ii) defendant is pending imposition of a sentence on June 24, 2019;
26
and (iii) defendant cannot show by clear and convincing evidence that
27

28

he is not likely to flee or pose a danger to the safety of any other person or the community;

THEREFORE, IT IS ORDERED, that defendant shall be detained forthwith and until the imposition of his sentence.

April 5, 2019
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**CC: USPO, PSA, USM**

Presented by:

/s/
ASHWIN JANAKIRAM
Assistant United States Attorney